TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
SARAH K. VOEHL, ESQ., Nevada Bar No. 16646
svoehl@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

DHAIVAT H. SHAH, ESQ. (will comply with LR IA 11-2 within 14 days)
ds@grellas.com
ROBERT H. O'LEARY, ESQ. (will comply with LR IA 11-2 within 14 days)
ro@grellas.com
GRELLAS SHAH LLP
550 California St., Suite 1040
San Francisco, CA 94104
Telephone:  408.255.6310
Facsimile:  408.255.6350

*Attorneys for Defendants*
*Zest Labs Holdings, LLC and Gary Metzger*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RISKON INTERNATIONAL, INC., F/K/A BITNILE METAVERSE, INC. AND/OR ECOARK HOLDINGS, INC. A NEVADA CORPORATION; ECOARK, INC., A DELAWARE CORPORATION; AND HYPERSCALE DATA INC., A DELAWARE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ZEST LABS HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GARY METZGER, AN INDIVIDUAL,<br><br>Defendants. | CASE NO.<br><br>**(Clark County District Court Case No. A-25-929990-B)**<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>**Complaint Filed: October 7, 2025** |

35622811.2

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, AND TO RISKON INTERNATIONAL, INC., ECOARK HOLDINGS, INC., ECOARK, INC., HYPERSCALE DATA INC., AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** under 28 U.S.C. §§ 1332(a), 1441, and 1446, Zest Labs Holdings, LLC ("Zest Labs Holdings") and Gary Metzger ("Metzger") (collectively, "Defendants") remove the above-entitled action from the Eighth Judicial District Court of the State of Nevada in and for the County of Clark to the United States District Court for the District of Nevada. In support of removal, Defendants state the following:

**I.   SUMMARY OF RELEVANT PROCEDURAL HISTORY**

1. On or about October 7, 2025, Plaintiffs RiskOn International, Inc., Ecoark, Inc., and Hyperscale Data, Inc. ("Plaintiffs") filed a verified Complaint in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, entitled *RiskOn International, Inc., Ecoark, Inc., and Hyperscale Data, Inc. v. Zest Labs Holdings, LLC and Gary Metzger*. A true and correct copy of Plaintiffs' Complaint, which was first served on Defendant Zest Labs Holdings on October 10, 2025, is attached as **Exhibit A** and is incorporated by reference.

2. Plaintiffs' Complaint alleges the following causes of action under state law: (1) declaratory relief; (2) breach of contract; (3) breach of the implied covenant of good faith and fair dealing; (4) accounting; (5) constructive trust; and (6) replevin.

3. **Exhibit B** includes all other pleadings, process, orders, and other documents served upon or by Defendants, or filed in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark.

**II.   THE REMOVAL IS TIMELY**

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(2)-(3), which provides that a notice of removal of a civil action shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Zest Labs Holdings was served with the Summons and Complaint on October 10, 2025, and Metzger accepted service of the Summons and

35622811.2

- 2 -

1  Complaint on October 15, 2025. This Removal is filed on October 22, 2025. Accordingly, this
2  Notice of Removal is timely filed.

3      5.    No previous Notice of Removal has been filed or made with this Court for the relief
4  sought herein.

## III.    THIS COURT HAS DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

6      6.    This is a civil action of which the Court has original jurisdiction under 28 U.S.C. §1332 (diversity jurisdiction), and it is one which Defendants may remove under 28 U.S.C. §1441. The amount in controversy for Plaintiffs' claims exceed the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. Plaintiffs are allegedly citizens of Delaware and Nevada. Defendant Zest Labs Holdings, as a limited liability company, takes its citizenship from its members. Metzger, its only member, is a citizen of Florida. Therefore, all requirements for diversity jurisdiction are satisfied.

### A.    Complete Diversity Of Citizenship Exists

7.    A case may be heard in federal court under diversity jurisdiction if there is complete diversity, *i.e.*, all plaintiffs are diverse from all defendants. 28 U.S.C. § 1332(a). A defendant may remove an action to federal court under 28 U.S.C. § 1332, provided that no defendant is a citizen of the same state in which the action was brought or of the same state in which the plaintiff is a citizen. 28 U.S.C. § 1441(a), (b).

8.    Here, all requirements are met because Plaintiffs are citizens of Nevada and Delaware, and Defendants are citizens of Florida.

#### 1.    Plaintiffs Are Citizens Of Nevada And Delaware

9.    For purposes of diversity jurisdiction, citizenship of a corporation is determined by its state of incorporation and the state in which it has its principal place of business. 28 U.S.C. § 1332(c)(1).

10.    The Complaint alleges that Plaintiff RiskOn "is a Nevada corporation headquartered in Las Vegas, Nevada." *See* Compl. ¶ 1. Thus, RiskOn is a citizen of Nevada for purposes of diversity jurisdiction in this matter.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

11. The Complaint alleges that Plaintiff Ecoark, Inc. "is a Delaware corporation, whose headquarters are located in Las Vegas, Nevada." Compl. ¶ 2. Ecoark, Inc. is therefore a citizen of Delaware and Nevada.

12. The Complaint alleges that Plaintiff Hyperscale Data, Inc. ("Hyperscale") "is a Delaware corporation whose headquarters are located in Las Vegas, Nevada." Compl. ¶ 3. Hyperscale is therefore a citizen of Delaware and Nevada.

### 2. Defendants Zest Labs Holdings And Metzger Are Citizens Of Florida

13. For purposes of diversity jurisdiction, citizenship of an individual is determined by the individual's domicile at the time that the lawsuit is filed. *See Lew v. Moss*, 797 F. 2d 747, 750 (9th Cir. 1986); *Armstrong v. Church of Scientology Int'l*, 243 F.3d 546, 546 (9th Cir. 2000).

14. Continuing residence creates a presumption of domicile. *See Washington v. Hovensa LLC*, 652 F.3d 340, 345 (3rd Cir. 2011); *State Farm Mut. Auto Ins. Co. v. Dyer*, 19 F.3d 514, 519 (10th Cir. 1994). The Complaint alleges that Defendant Metzger is a resident of Arkansas. Compl. ¶ 5. He is actually a resident of Florida. *See* Declaration of Gary Metzger In Support Of Notice Of Removal ("Metzger Decl."), attached as **Exhibit C**, ¶ 2. Residency in either state would support complete diversity.

15. An LLC is a citizen of every state in which its owners/members are citizens, not the state in which the entity is organized or in which it has its principal place of business. *See Johnson v. Columbia Props. Anchorage*, LP, 437 F. 3d 894, 899 (9th Cir. 2006) ("We therefore join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

16. The Complaint alleges that Defendant Zest Labs Holdings is a limited liability company and that Metzger is the sole member and manager of Zest Labs Holdings. Compl. ¶¶ 4-5; *accord* Metzger Decl. ¶ 3.

17. Because Metzger is a citizen of Florida and is the sole member of the limited liability company Zest Labs Holdings, Zest Labs Holdings is a citizen of Florida.

35622811.2

## IV. THE AMOUNT-IN-CONTROVERSY REQUIREMENT IS SATISFIED

14. While Defendants deny any and all liability to Plaintiffs, based on a good faith estimate of the value of the alleged damages in this action, the amount in controversy for Plaintiffs' claims exceeds the sum or value of $75,000, exclusive of interest and costs. "The amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of [Defendants'] liability." *Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 400 (9th Cir. 2010). The "defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014). "[D]efendants do not need to prove a legal certainty that the amount in controversy requirement has been met. Rather, defendants may simply allege or assert that the jurisdictional threshold has been met." *Id.* at 88–89 (quoting H.R. Rep. No. 112–10, p. 16 (2011)).

15. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs because Plaintiffs seek an order for contractual damages, declaratory judgment and various equitable remedies associated with Zest Labs Holdings' distribution that they allege to be in the millions of dollars based on public reporting on a trial verdict. Compl. ¶ 16. Elsewhere, the Complaint alleges that it seeks to avoid Defendants receiving a windfall which "might well exceed $10 million." *Id.* ¶ 22.

16. In sum, while Defendants deny any and all liability to Plaintiffs, the amount placed into controversy by the Complaint exceeds $75,000, exclusive of interest and costs.

## V. THE OTHER PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED

18. Venue currently lies in the District of Nevada under 28 U.S.C. § 1441(a). This action was originally brought in the Eighth Judicial District Court for the State of Nevada, Clark County. Therefore, this District encompasses the county in which this action has been pending since its inception.

19. Defendants will promptly serve Plaintiffs with this Notice of Removal and will promptly file a copy of this Notice of Removal with the Eighth Judicial District Court, State of Nevada, Clark County, as required under 28 U.S.C. § 1446(d).

35622811.2

- 5 -

20. If any question arises as to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief and oral argument in support of their position that this case is removable.

21. By this Notice of Removal and the Exhibits attached hereto, Defendants do not intend to make any admissions of fact, law or liability relating to the claims in the Complaint, and expressly reserve the right to state any and all defenses and make any and all motions necessary in their defense against Plaintiffs' allegations.

**WHEREFORE**, Defendants respectfully request that this action be removed from the Eighth Judicial District Court of the State of Nevada in and for the County of Clark to the United States District Court for the District of Nevada, and that all proceedings hereinafter in this matter take place in the United States District Court for the District of Nevada.

DATED: October 22, 2025

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Travis F. Chance*
TRAVIS F. CHANCE, ESQ., NV Bar No. 13800
tchance@bhfs.com
SARAH K. VOEHL, ESQ., NV Bar No. 16646
svoehl@bhfs.com

GRELLAS SHAH LLP

DHAIVAT H. SHAH, ESQ. (will comply with LR IA 11-2 within 14 days)
ds@grellas.com
ROBERT H. O'LEARY, ESQ. (will comply with LR IA 11-2 within 14 days)
ro@grellas.com

*Attorneys for Defendants*
*Zest Labs Holdings, LLC and Gary Metzger*

35622811.2

- 6 -

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that I caused the foregoing **DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** to be served via electronic service on October 22, 2025 through the Court's CM/ECF System, to the following:

TODD E. KENNEDY, ESQ.
MARTIN A. LITTLE, ESQ.
JONATHAN W. FOUNTAIN, ESQ.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
EMAILS:
tek@h2law.com
mal@h2law.com
jwf@h2law.com

*Attorneys for Plaintiffs RiskOn International, Ecoark, Inc., and Hyperscale Data, Inc.*

　　　　　　　　　　　　　　　　　　　/s/ Paula Kay
　　　　　　　　　　　　　　　　　　　An employee of Brownstein Hyatt Farber Schreck, LLP

35622811.2

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Plaintiffs' Verified Complaint |
| B | All other process, pleadings, discovery, and orders Defendants have received to date in this action |
| C | Declaration of Gary Metzger In Support Of Notice Of Removal |
| D | Civil Cover Sheet |

35622811.2