# EXHIBIT C

# Declaration of Gary Metzger in Support of Notice of Removal

## **DECLARATION OF GARY M. METZGER**

I, Gary M. Metzger, hereby declare:

1.     I am the manager of Zest Labs Holdings, LLC ("Zest Labs Holdings"), a defendant in this action.  I submit this declaration in support of Defendants' Notice of Removal.  The following facts are true of my personal knowledge and, if called to testify, I can and will competently testify to these facts.

2.     I was a resident of the state of Florida on October 7, 2025, when the lawsuit captioned *RiskOn International, Inc., et al., v. Zest Labs Holdings, LLC, et al.*, Eighth Judicial District Court (Clark Cty. Nev.), Case No. A-25-929990-B (the "State Court Complaint") was filed.  As of October 7, 2025, I had been living in Florida for several years with an intent to remain a Florida resident for the indefinite future.  I am currently a resident of the state of Florida and intend to continue residing here for the indefinite future.

3.     Zest Labs Holdings is a limited liability company formed in 2023.  On October 7, 2025, I was the sole member of Zest Labs Holdings as well as its manager.  Likewise, I am currently Zest Labs Holdings' sole member and manager.

I declare under penalty of perjury under the laws of the United Stated of America and Nevada that the foregoing is true and correct.

Executed on this 20th day of October 2025 in Jupiter, Florida.

By:
Gary M. Metzger

---

1

METZGER DECL. ISO DEFENDANTS' NOTICE OF REMOVAL