1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**
                                **DISTRICT OF NEVADA**
7

8                                                    )        Case #2:25-cv-02042-APG-NJK
     RISKON INTERNATIONAL, INC., F/K/A                )
9    BITNILE METAVERSE, INC., et al.                  )
                                                      )        **VERIFIED PETITION FOR**
10                Plaintiff(s),                       )        **PERMISSION TO PRACTICE**
                                                      )        **IN THIS CASE ONLY BY**
11        vs.                                         )        **ATTORNEY NOT ADMITTED**
                                                      )        **TO THE BAR OF THIS COURT**
12                                                    )        **AND DESIGNATION OF**
     ZEST LABS HOLDINGS, LLC, et al.                  )        **LOCAL COUNSEL**
13                                                    )
                  Defendant(s).                       )
14   _____ )               FILING FEE IS $250.00

15

16          _____Robert H. O'Leary_____, Petitioner, respectfully represents to the Court:
                        (name of petitioner)
17
          1.      That Petitioner is an attorney at law and a member of the law firm of
18
     _____Grellas Shah LLP_____
19                                         (firm name)

20   with offices at _____550 California St., Suite 1040_____,
                                          (street address)
21
     _____San Francisco_____, _____California_____, _____94104_____
22                    (city)                          (state)                    (zip code)

23          _____(408) 255-6310_____, _____ro@grellas.com_____.
            (area code + telephone number)                (Email address)
24
          2.      That Petitioner has been retained personally or as a member of the law firm by
25
     __Zest Labs Holdings, LLC and Gary Metzger__ to provide legal representation in connection with
26                    [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                                         Rev. 5/16

1    3.    That since _____12/03/2012_____, Petitioner has been and presently is a
                              (date)

2  member in good standing of the bar of the highest Court of the State of _____California_____

3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
                                                                              (state)

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of California | 12/3/2012 | 284879 |
| California Northern District Court | 1/4/2013 | 284879 |
| California Southern District Court | 10/1/2013 | 284879 |
| California Eastern District Court | 10/22/2013 | 284879 |
| California Central District Court | 12/22/2022 | 284879 |
| | | |
| | | |

19    5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20  nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21  or administrative body, or any resignation or termination in order to avoid disciplinary or

22  disbarment proceedings, except as described in detail below:

None

2                                                                                    Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.     That Petitioner is a member of good standing in the following Bar Associations.

> None

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 2/17/2023 | 3:23-cv-00039 | Nevada District Court | Action dismissed without ruling on application |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3                                                    _____
                                                              Petitioner's signature
4
      STATE OF _California_ )
5
      COUNTY OF _San Francisco_ )
6

7    _____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    _____
                                                              Petitioner's signature
10   Subscribed and sworn to before me this

11
      _____ day of _____, _____.
12

13   _____
                Notary Public or Clerk of Court
14

15

16               **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                 **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
      believes it to be in the best interests of the client(s) to designate _Travis Franklin Chance_,
19                                                                              (name of local counsel)
      Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
      above-entitled Court as associate resident counsel in this action.  The address and email address of
21
      said designated Nevada counsel is:
22

23                          100 North City Parkway, Suite 1600
      _____,
24                                        (street address)
              Las Vegas                    Nevada            89106
25   _____, _____, _____
                (city)                     (state)          (zip code)
26        702-382-2101                tchance@bhfs.com
     _____, _____.
27    (area code + telephone number)      (Email address)

28                                      4                          Rev. 5/16

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    }

COUNTY OF *San Francisco*  }

Subscribed and sworn to (or affirmed) before me on this *30th* day of *October 2025*

by _____ *Robert H. O'Leary* _____

_____

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

**Seal**

MATT G. MILLER
Comm. #2517976-Mtr. #NNA1
Notary Public
CALIFORNIA
San Francisco County
My Comm. Exp. May 18, 2029

------------------------------------ OPTIONAL ------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

Description of Attached Document: *Verified Petition*

Title or Type of Document: _____

Document Date: *10/30/2025*

Number of Pages: *5*

Name(s) of Signers Other Than Named Above: _____

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) ___Travis Franklin Chance___ as

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
(party's signature)

11

12  Manager, Zest Labs Holdings, LLC
(type or print party name, title)

13  _____
(party's signature)

14

15  Gary Metzger

16  (type or print party name, title)

17  ### CONSENT OF DESIGNEE
18  The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____
Designated Resident Nevada Counsel's signature

21  13800                      tchance@bhfs.com

22  Bar number                 Email address

23

24  APPROVED:

25  Dated: this __4th__ day of __November__, 20__25__.

26  _____

27  UNITED STATES DISTRICT JUDGE

28                                    5                            Rev. 5/16