**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RISKON INTERNATIONAL, INC., F/K/A
BITNILE METAVERSE, INC., et al.

              Plaintiff(s),

     vs.

ZEST LABS HOLDINGS, LLC, et al.

              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:25-cv-02042-APG-NJK

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

          Dhaivat H. Shah         , Petitioner, respectfully represents to the Court:
            (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

                    Grellas Shah LLP
                      (firm name)

with offices at           550 California St., Suite 1040       ,
                    (street address)

      San Francisco      ,      California     ,   94104  ,
        (city)              (state)       (zip code)

    (408) 255-6310    ,     ds@grellas.com    .
(area code + telephone number)     (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Zest Labs Holdings, LLC and Gary Metzger  to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____8/14/1998_____, Petitioner has been and presently is a
                          (date)

member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                   (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of California | 8/14/1998 | 196382 |
| California Northern District Court | 09/07/2001 | 196382 |
| California Eastern District Court | 11/16/2011 | 196382 |
| California Central District Court | 05/14/2008 | 196382 |
| California Southern District Court | 04/5/2013 | 196382 |
| US Court of Appeals for the Ninth Circuit | 05/07/2008 | 196382 |
| US Court of Appeals for the Second Circuit | 04/23/2025 | 196382 |
| US Court of Appeals for the Federal Circuit | 06/13/2025 | 196382 |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/25/2025 | 2:25-cv-01136-APG-DJA | Nevada District Court | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                         Petitioner's signature

STATE OF _California_ )

COUNTY OF _San Francisco_ )

_Dhairya H. Shah_ , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                                                    _____
                                                         Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____.

SEE ATTACHED
CALIFORNIA COMPLIANT
NOTARY CERTIFICATE

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _Travis Franklin Chance_ ,
                                                                    (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

_____100 North City Parkway, Suite 1600_____,
                                        (street address)

_____Las Vegas_____, _____Nevada_____, _89106_,
            (city)                        (state)              (zip code)

_702-382-2101_, _tchance@bhfs.com_.
(area code + telephone number)        (Email address)

4                                                                    Rev. 5/16

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          }

COUNTY OF _San Francisco_ }

Subscribed and sworn to (or affirmed) before me on this _30th_ day of _October 2025_

by _Dhairvat H. Shah_ _____

_____

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

MATT G. MILLER
Comm. #2517976-Mfr. #NNA1
Notary Public
CALIFORNIA
San Francisco County
My Comm. Exp. May 13, 2029

Seal

----------------------------------- **OPTIONAL** -----------------------------------

_Though this section is optional, completing this in formation can deter alteration of the document or fraudulent attachment of this form to an unintended document._

Description of Attached Document: _Verified Petition_

Title or Type of Document: _____

Document Date: _10/3/2025_

Number of Pages: _5_

Name(s) of Signers Other Than Named Above: _____

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Travis Franklin Chance _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Manager, Zest Labs Holdings, LLC
(type or print party name, title)

_____
(party's signature)

Gary Metzger
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13800                              tchance@bhfs.com
Bar number                         Email address

APPROVED:

Dated: this __4th__ day of __November__, 20 25.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16