1  TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
   tchance@bhfs.com
2  SARAH K. VOEHL, ESQ., Nevada Bar No. 16646
   svoehl@bhfs.com
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, NV 89106
   Telephone: (702) 382-2101
5  Facsimile: (702) 382-8135

6  DHAIVAT H. SHAH, ESQ. (admitted *pro hac vice*)
   ds@grellas.com
7  ROBERT H. O'LEARY, ESQ. (admitted *pro hac vice*)
   ro@grellas.com
8  GRELLAS SHAH LLP
   550 California St., Suite 1040
9  San Francisco, CA 94104
   Telephone: (408) 255-6310
10 Facsimile: (408) 255-6350

11 *Attorneys for Defendant*
   *Zest Labs Holdings, LLC and Gary Metzger*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RISKON INTERNATIONAL, INC., f/k/a BITNILE METAVERSE, INC. and/or ECOARK HOLDINGS, INC. a Nevada corporation; ECOARK, INC., a Delaware corporation; and HYPERSCALE DATA INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZEST LABS HOLDINGS, LLC, a Nevada limited liability company; AND GARY METZGER, an individual,<br><br>Defendants. | CASE No.: 2:25-cv-02042-APG-NJK<br><br>**DEFENDANTS' STATEMENT REGARDING REMOVAL**<br><br>**CONFIDENTIAL DOCUMENT FILED UNDER SEAL-PUBLIC REDACTED VERSION** |

1     Defendants Zest Labs Holdings, LLC ("Zest Holdings") and Gary Metzger ("Metzger") (collectively, "Defendants"), by and through their attorneys of record of the law firms of Brownstein Hyatt Farber Schreck, LLP and Grellas Shah LLP, hereby submit their Statement Regarding Removal in compliance with this Court's Minute Order, (ECF No. 3), stating as follows:

    1. Zest Holdings was served with the Complaint filed by Plaintiffs RiskOn International, Inc., Ecoark, Inc., and Hyperscale Data, Inc. ("Plaintiffs") on October 10, 2025. Mr. Metzger accepted service of Plaintiffs' Complaint on October 15, 2025.

    2. Zest Holdings was served with Plaintiffs' Summons on October 10, 2025. Mr. Metzger accepted service of Plaintiffs' Summons on October 15, 2025.

    3. Defendants' removal of this action was based on diversity jurisdiction under 28 U.S.C. § 1332. No served Defendants are citizens of Nevada. Plaintiffs are citizens of Delaware and Nevada, and Defendants are citizens of Florida. Although Defendants deny the merits of each of Plaintiffs' claims, the amount in controversy requirement is satisfied. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

    4. Defendants did not file their Notice of Removal more than 30 days after they were first served with Plaintiffs' Summons and Complaint in this action.

    5. The state court case in this action was not commenced more than one year before the date of removal.

    6. There are no other named defendants in this action besides Zest Holdings and Metzger. Accordingly, there were no other defendants who were served at the time Defendants filed their Notice of Removal that did not formally join the Notice of Removal.

///
///
///
///
///

DATED: November 6, 2025

        BROWNSTEIN HYATT FARBER SCHRECK, LLP

        BY: /s/ Travis F. Chance
           TRAVIS F. CHANCE, ESQ., NV Bar No. 13800
           tchance@bhfs.com
           SARAH K. VOEHL, ESQ., NV Bar No. 16646
           svoehl@bhfs.com

        GRELLAS SHAH LLP

           DHAIVAT H. SHAH, ESQ. (admitted *pro hac vice*)
           ds@grellas.com
           ROBERT H. O'LEARY, ESQ. (admitted *pro hac vice*)
           ro@grellas.com

           *Attorneys for Defendants Zest Labs Holdings, LLC and Gary Metzger*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **DEFENDANTS' STATEMENT REGARDING REMOVAL** was served via electronic service on November 6, 2025 through the Court's CM/ECF System, to the following:

TODD E. KENNEDY, ESQ.
MARTIN A. LITTLE, ESQ.
JONATHAN W. FOUNTAIN, ESQ.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Partkway, Suite 1000
Las Vegas, NV  89169
EMAILS:
tek@h2law.com
mal@h2law.com
jwf@h2law.com

*Attorneys for Plaintiffs RiskOn International, Ecoark, Inc., and Hyperscale Data, Inc.*

                                                    */s/ Paula Kay*
                                           An employee of Brownstein Hyatt Farber Schreck, LLP