# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RISKON INTERNATIONAL, INC., et al.,

     Plaintiffs

v.

ZEST LABS HOLDINGS, LLC, et al.,

     Defendants

Case No.: 2:25-cv-02042-APG-NJK

**Order Striking Certificate of Interested Parties**

[ECF No. 28]

     I ORDER that the plaintiffs' certificate of interested parties (ECF No. 28) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff as required by that rule.

     I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by December 4, 2025.

     DATED this 20th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE