UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RISKON INTERNATIONAL, INC., ECOARKK, INC. and HYPERSCALE DATA, INC.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>ZEST LABS HOLDINGS, LLC and GARY METZGER,<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-02042-APG-NJK<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM**<br><br>[First Request] |
| ZEST LABS HOLDINGS, LLC, a Nevada limited liability company<br><br>　　　　　　　Counterclaim Plaintiff,<br>　　v.<br><br>RISKON INTERNATIONAL, LLC, a Nevada Corporation,<br><br>　　　　　　　Counterclaim Defendant. | |

1

WHEREAS, on December 9, 2025, Defendant Zest Labs Holdings, LLC ("Zest Labs") filed a counterclaim (the "Counterclaim") against Plaintiff RiskOn International ("RiskOn"); and

WHEREAS, RiskOn's deadline to respond to the Counterclaim is December 30, 2025; and

WHEREAS, Plaintiff RiskOn has requested a 15-day extension to respond to the Counterclaim as a professional courtesy in light of the holidays, and Defendant Zest Labs has agreed;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff RiskOn and Defendant Zest Labs, that Plaintiff RiskOn's deadline to respond to the Counterclaim is extended until January 14, 2025.  This is the first request for an extension of time to respond to the Counterclaim.

Dated: New York, New York
       December 29, 2025

| GRELLAS SHAH LLP | OLSHAN FROME WOLOSKY LLP |
|---|---|
| By: */s/ Dhaivat Shah* <br> Dhaivat Shah <br> 2040 Stevens Creek Blvd. <br> Cupertino, California 95014 <br> ds@grellas.com <br> (408)-650-8177 | By: */s/ Joseph M. Calder Jr.* <br> Joseph M. Calder Jr. <br> 1325 Avenue of the Americas <br> New York, New York 10019 <br> (212) 451-2300 <br> Jcalder@olshanlaw.com <br> (212)-451-2361 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

IT IS SO ORDERED.
Dated: December 30, 2025

_____
United States Magistrate Judge
Nancy J. Koppe