Todd E. Kennedy, Esq.
Nevada Bar No. 6014
Martin A. Little, Esq.
Nevada Bar No. 7067
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: tek@h2law.com
Email: mal@h2law.com
Email: jwf@h2law.com

Anthony J. Boccamazzo, Esq
Has Complied with LR IA 11-2
Joseph M. Calder, Esq
Has Complied with LR IA 11-2
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
Tel:  212-451-2300
Email: aboccamazzo@olshanlaw.com
Email: jcalder@olshanlaw.com

*Attorneys for Plaintiffs RiskOn International, Ecoark, Inc., and Hyperscale Data, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RISKON INTERNATIONAL, INC., ECOARK, INC. and HYPERSCALE DATA, INC.,<br><br>Plaintiffs,<br>v.<br><br>ZEST LABS HOLDINGS, LLC and GARY METZGER,<br><br>Defendants. | Case No. 2:25-cv-02042-APG-NJK<br><br>**PLAINTIFFS' OPPOSITION TO THIRD-PARTIES WILLIAMS SIMONS & LANDIS PC AND FRED I. WILLIAMS' MOTION TO INTERVENE** |

Plaintiffs concur in much of Defendants Zest Labs Holdings LLC's ("Zest") and Gary Metzger's (collectively "Defendants") Opposition to Third Parties Williams Simons & Landis P.C. and Fred I. Williams' (the "Third Parties") Motion to Intervene. As Defendants highlight, the Third Parties' claims are highly speculative and completely untethered from the subject matter of this action: the parties' rights and obligations under the Stock Purchase Agreement ("SPA"). The Third Parties' Motion makes clear they are nothing more than (potential) unsecured creditors

who seek to freeze the parties' distribution of the Walmart Litigation proceeds under the SPA until the Third Parties' wholly unrelated claims can be adjudicated. It is well settled that "a general creditor (one without a judgment) ha[s] no cognizable interest, either at law or in equity, in the property of his debtor, and therefore [can] not interfere with the debtor's use of that property." *Grupo Mexicano de Desarrollo S.A. v. Alliance Bond Fund, Inc*, 527 U.S. 308, 320 (1999).

Plaintiffs further oppose intervention because the Third Parties seemingly could have simply filed their claims in this Court, but instead chose to file their lawsuit, *Williams Simons & Landis PC v. RiskOn International et. al*, No. 1:26-cv-00034 (the "Underlying Action"), in the United States District Court for the Western District of Texas. The Third Parties filed the Underlying Action on January 7, 2026, long after the initiation of this action, and over a month after this Court granted, in part, Plaintiffs' Motion for Preliminary Injunction. If the Third Parties wish to have their interests heard by this Court, they should transfer the Underlying Action to this Court and move for consolidation. Indeed, consolidation, rather than intervention while both lawsuits are pending, would: (i) promote judicial efficiency and economy; (ii) protect the parties' resources, including the Walmart Litigation settlement proceeds, which are to be distributed to RiskOn's shareholders, rather than funding two separate litigations in different forums; and (iii) avoid the risk of inconsistent judgments.

For the foregoing reasons, Plaintiffs respectfully request entry of an order denying the Third Parties' Motion to Intervene.

Dated: this 13th day of February, 2026.

    Respectfully submitted,

    OLSHAN FROME WOLOSKY LLP

    By: /s/ Anthony J. Boccamazzo
    Anthony Boccamazzo, Esq.
    Has complied with LR IA 11-2
    Joseph M. Calder Jr., Esq.
    Has complied with LR IA 11-2
    1325 Avenue of the Americas
    New York, New York, 10019
    Telephone (212)-451-2300
    Email: ajb@olshanlaw.com
    Email: jcalder@olshanlaw.com

4923-1841-0383, v. 1

-and-

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Todd E. Kennedy, Esq.
Nevada Bar No. 6014
Martin A. Little, Esq.
Nevada Bar No. 7067
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: tek@h2law.com
Email: mal@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiffs RiskOn International, Ecoark, Inc., and Hyperscale Data, Inc.*

4923-1841-0383, v. 1