Travis F. Chance, Esq., Nevada Bar No. 13800
tchance@bhfs.com
Sarah K. Voehl, Esq., Nevada Bar No. 16646
svoehl@bhfs.com
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:    702.382.2101
Facsimile:    702.382.8135

Dhaivat H. Shah, Esq. (admitted *pro hac vice*)
ds@grellas.com
Robert H. O'Leary, Esq. (admitted *pro hac vice*)
ro@grellas.com
Grellas Shah LLP
550 California St., Suite 1040
San Francisco, CA 94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

*Attorneys for Defendants*
ZEST LABS HOLDINGS, LLC and GARY METZGER

[Additional counsel listed on signature page]

<div style="margin-left:3em; writing-mode:vertical-rl">**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106</div>

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RISKON INTERNATIONAL, INC. f/k/a BITNILE METAVERSE, INC. and/or ECOARK HOLDINGS, INC., a Nevada corporation; ECOARK, INC., a Delaware corporation; and HYPERSCALE DATA INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> ZEST LABS HOLDINGS, LLC, a Nevada limited liability company; and GARY METZGER, an individual, <br><br> Defendant. | Case No.  2:25-cv-02042-APG-NJK <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** <br><br> Judge: Andrew P. Gordon |
| ZEST LABS HOLDINGS, LLC, a Nevada limited liability company, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> RISKON INTERNATIONAL, INC., a Nevada corporation <br><br> Counterclaim Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiffs/Counterclaim Defendant RiskOn International, Inc., Ecoark, Inc., and Hyperscale Data, Inc., and Defendants/Counterclaim Plaintiff Zest Labs Holdings, LLC and Gary Metzger, by and through their counsel of record, that the above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each side to bear its or their own fees and costs, including attorneys' fees.

Dated: February 26, 2026.

OLSHAN FROME WOLOSKY LLP

By: _/s/ Anthony J. Boccamazzo_
    Anthony J. Boccamazzo, Esq. (*pro hac vice*)

HOWARD & HOWARD ATTORNEYS PLLC

By: _/s/ Jonathan W. Fountain_
    Todd E. Kennedy, Esq. (NV Bar No. 6014)
    Jonathan W. Fountain, Esq.

*Attorneys for Plaintiffs RiskOn International, Inc., Ecoark, Inc., and Hyperscale Data, Inc.*

GRELLAS SHAH LLP

By: _/s/ Dhaivat H. Shah_
    Dhaivat H. Shah, Esq. (*pro hac vice*)

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _/s/ Travis F. Chance_
    Travis F. Chance, Esq. (NV Bar No. 13800)

*Attorneys for Defendants Zest Labs Holdings, LLC and Gary Metzger*

IT IS SO ORDERED:

Dated:___February 27, 2026___

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106